162 So. 923

## L. L. KENNEDY v. CITY OF BIRMINGHAM.
### 6, Div. 869.

Court of Appeals of Alabama.
Aug. 27, 1935.

PER CURIAM.

Appeal dismissed without prejudice.

163 So. 907

## Vivian KEY v. STATE.
### 8 Div. 50.

Court of Appeals of Alabama.
June 25, 1935.
Rehearing Denied Aug. 27, 1935.

Wm. L. Chenault, of Russellville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

154 So. 922

## Alex KEYS et al. v. Will McCLAIN.
### 8 Div. 843.

Court of Appeals of Alabama.
May 15, 1934.

Nathan & Nathan, of Sheffield, for appellant.

A. H. Carmichael, of Tuscumbia, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

159 So. 892

## Leck KILGORE v. STATE.
### 6 Div. 720.

Court of Appeals of Alabama.
Dec. 18, 1934.

J. L. Stephenson, of Parrish, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

The cause was tried before the court sitting without a jury. The only point made is that the evidence is not sufficient to convict.

If the testimony of the two officers is to be believed, there was ample evidence upon which to base a judgment of guilt. The credibility of these witnesses was passed upon by the trial judge, who was in a better position to judge than are we.

The judgment is affirmed.

Affirmed.

152 So. 922

## Dug KILLIAN v. STATE.
### 7 Div. 13.

Court of Appeals of Alabama.
Jan. 16, 1934.

BRICKEN, Presiding Judge.

Appeal dismissed.

159 So. 892

## Mack KIMBRELL v. STATE.
### 6 Div. 616.

Court of Appeals of Alabama.
Dec. 18, 1934.

SAMFORD, Judge.

Appeal dismissed.